May 6, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00044-CV

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS; AND
WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, Appellant

V.

PFLAG, INC., Appellee

Today, the Court heard the parties' joint motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered May 6, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.